# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

| | |
|---|---|
| MARIA L. PETERSON & <br> DENNIS L. PETERSON, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiffs, | Case No.: 09-cv-186-slc |
| v. | |
| PDQ FOOD STORES, INC., <br> ATTORNEY THOMAS AIELLO & <br> NICHOLAS INFUSINO and <br> LAKEVIEW INVESTMENTS LLC, | |
| Defendants. | |

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This case is dismissed against defendants.

PETER OPPENEER
_____
**Peter Oppeneer, Clerk**

/s/ M. Hardin
_____       _____4/10/09_____
**by Deputy Clerk**                                                                              Date